REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:    (415) 989-4100
Fax:              (415) 989-2235

Attorneys for Trustee and Plaintiff,
JOHN T. KENDALL

**Signed: June 18, 2007**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>QMECT, INC.<br>aka Electrochem<br><br>Tax I.D. # 94-2923737<br><br>       Debtor<br>_____<br><br>THE OFFICIAL UNSECURED<br>CREDITORS' COMMITTEE FOR QMECT,<br>INC.,<br>       Plaintiff<br><br>vs.<br><br>BURLINGAME CAPITAL PARTNERS II,<br>LP.; ELECTROCHEM FUNDING, LLC,<br>      Defendants. | Case No. 04-41044 TK<br><br>Chapter 7<br><br><br><br><br><br><br><br>Adv. Proc. No. 04-04189<br><br><br><br>Hearing:  May 17, 2007<br>Time:     2:00 p.m.<br>Place:    Courtroom 201<br>          1300 Clay Street<br>          Oakland, CA 94612 |

## <u>ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS</u>

The motions presented by Defendants came on for hearing on May 17, 2007.  William W. Huckins of Allen Matkins Leck Gamble Mallory & Natsis LLP appeared on behalf of Burlingame Capital Partners II, LP and Electrochem Funding, LLC ("Defendants") and Reidun Stromsheim of Stromsheim & Associates appeared on behalf of John T. Kendall, Trustee, as successor in interest

to the named plaintiff.  Good cause appearing therefor, and the Court having stated reasons for decision on the record, it is hereby

ORDERED, that the motion of Defendants for judgment on the pleadings is granted and the complaint is dismissed with prejudice; PROVIDED that the dismissal shall have no effect, including but not limited to res judicata and mootness, on the other proceedings and litigations identified as follows: (1) The "proceeds" cross-appeals pending in the United States District Court for the Northern District of California, C-06-05401 and C-06-05402 and the relief from stay contested matter in the above entitled bankruptcy case from which the cross-appeals were taken; (2) The preference complaint on file in this Court, AP 04-4171 Qmect, Inc. v. Burlingame Capital Partners II et al.; and (3) The breach of fiduciary duty action in the San Mateo County Superior Court, Case No. CIV 426631, Qmect, Inc., et al. v. Judson et al., and every issue therein is expressly reserved from the effects of the dismissal with prejudice herein; and

PROVIDED FURTHER, that the Trustee will have 14 days from entry of this order in which to file a motion for reconsideration; and

FURTHER ORDERED, that to the extent applicable the status conference herein is continued to July 26, 2007, at 11:00 a.m.

**END OF ORDER**

STROMSHEIM & ASSOCIATES

COURT SERVICE LIST

Philip J. Nicholson
601 Montgomery Street, Suite 777
San Francisco, CA 94111

Robert R. Moore
William Huckins
Allen Matkins et. al
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

John T. Kendall
2411 Santa Clara Avenue, Suite 12
Alameda, CA  94501

Reidun Stromsheim
Stromsheim & Associates
201 California Street, Suite 350
San Francisco, CA 94111

STROMSHEIM &
ASSOCIATES